IH-32								Rev: 2014-1

# United States District Court
for the
## Southern District of New York
### Related Case Statement

---

**Full Caption of Later Filed Case:**

IBEW Local 640 Arizona Chapter NECA Pension Trust Fund

| Plaintiff | Case Number |
|---|---|
| vs. | 1:15-cv-06003 |
| BMO Capital Markets Corp., Bank of Nova Scotia, New York Agency, et al., | |
| Defendant | |

**Full Caption of Earlier Filed Case:**

(including in bankruptcy appeals the relevant adversary proceeding)

State-Boston Retirement System

| Plaintiff | Case Number |
|---|---|
| vs. | 1:15-CV-5794-PGG |
| Bank of Nova Scotia, New York Agency, et al., | |
| Defendant | |

IH-32                                                                                                              Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed    (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open     (If so, set forth procedural status and summarize any court rulings.)

Plaintiff has filed a complaint. No further proceedings have taken place.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

IBEW Local 640 Arizona Chapter NECA Pension Trust Fund alleges that the defendants colluded to manipulate the prices of US Treasury securities during the period 2007 through 2012. 1:15-CV-5794-PGG (the earlier filed case) similarly alleges that the defendants colluded to manipulate the prices of US Treasury securities during the period 2007 through 2012.

Signature: _____    Date: 07/30/15

Hagens Berman Sobol Shapiro LLP

Firm: _____